No. 253. MCINTOSH, TRUSTEE, v. UNITED STATES. October 8, 1934. Petition for writ of certiorari to the

Circuit Court of Appeals for the Fourth Circuit denied. *Messrs. Raymond M. Hudson* and *H. Earlton Hanes* for petitioner. *Solicitor General Biggs, Assistant Attorney General Blair,* and *Messrs. A. G. Iverson* and *W. Marvin Smith* for the United States.